UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMBER TALBOT,

    Plaintiff,

v.                                                                     Case No: 6:15-cv-759-Orl-31GJK

MACY'S CREDIT OPERATIONS, INC,

    Defendant.

_____/

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below.

_____

_____

_√_ IS NOT     related to pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: June 1, 2015                             Respectfully Submitted,

                                                          */s/ Seth M. Lehrman*
                                                          Seth M. Lehrman (Fla. Bar No. 132896)
                                                          Email: seth@pathtojustice.com
                                                          FARMER, JAFFE, WEISSING,
                                                          EDWARDS, FISTOS & LEHRMAN, P.L.
                                                          425 North Andrews Avenue, Suite 2
                                                          Fort Lauderdale, FL 33301
                                                          Telephone: (954) 524-2820
                                                          Facsimile: (954) 524-2822

                                                          *Attorney for Plaintiff*