IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMBER TALBOT,   CASE NO.: 6:15-cv-759-Orl-31GJK

    **Plaintiff,**

v.

MACY'S CREDIT OPERATIONS, INC.,

    **Defendant.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    _____
    _____

_X_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED this 11th day of June, 2015.

                                            /s/ James J. Henson
                                            James J. Henson, Esq.
                                            Florida Bar No. 77476
                                            jhenson@shutts.com
                                            SHUTTS & BOWEN LLP
                                            300 South Orange Avenue, Suite 1000
                                            Orlando, Florida 32801-5403
                                            Telephone: (407) 423-3200
                                            Facsimile: (407) 425-8316

                                            -and-

Christopher W. Prusaski, Esq.
Florida Bar No. 121525
cprusaski@shutts.com
SHUTTS & BOWEN LLP
201 South Biscayne Boulevard, Suite 1500
Miami, Florida 33131
Telephone: (305) 415-9453
Facsimile: (305) 415-9853

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Seth M. Lehrman, Esq. (seth@pathtojustice.com), FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L., 425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida 33301, *Counsel for Plaintiff.*

/s/ James J. Henson
Of Counsel

MIADOCS 11028609 1